IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN DARNELL FINKLEA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security | : | |
| Administration | : | NO. 19-6 |

## **ORDER**

AND NOW, this 24th day of October, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and defendant's Response to Request for Review of Plaintiff, it is hereby

**O R D E R E D**

1. Plaintiff's Request for Review is **DENIED**; and

2. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

\_\_/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge